UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HACIENDA RECORDS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-19 |
| | § | |
| RUBEN RAMOS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 17, 2014, Plaintiff Hacienda Records, L.P. ("Hacienda") filed a Notice of Dismissal of Second Amended Complaint. D.E. 68. Hacienda's claims are hereby **DISMISSED** without prejudice. *See* FED. R. CIV. P. 41(b). Defendant/Counter-Plaintiff/Cross-Plaintiffs' counterclaims and crossclaims may remain pending for independent adjudication. *See Id.*

Hacienda has also filed a Motion to Realign the Parties (D.E. 77), to which Defendants/Counter-Plaintiffs/Cross-Plaintiffs have responded (D.E. 88, 125) and Hacienda has replied (D.E. 112, 128). The Court finds that Hacienda's motion is premature at this time and **DENIES** the motion without prejudice to re-urging in the event this action proceeds to trial.

ORDERED this 2nd day of July, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE