IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HACIENDA RECORDS, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO: 2:14-CV-00019 |
| | § | |
| RUBEN RAMOS, ET AL. | § | |
| | § | |
| Defendants/Counter Plaintiffs/ | § | JURY DEMAND |
| Cross Plaintiffs. | § | |

**DEFENDANTS' EXPEDITED MOTION FOR EXTENSION OF TIME
AND LEAVE TO EXTEND THE NUMBER OF PAGES TO RESPOND TO
HACIENDA'S AMENDED APPLICATION FOR ATTORNEY'S FEES AND COSTS**

TO THE HONORABLE COURT:

COME NOW Defendants/Counter Plaintiffs/Cross Plaintiffs ("Defendants") and file this

Expedited Motion for Extension of Time and Leave to Extend the Number of Pages to Respond to

Hacienda's Amended Application for Attorney's Fees and Costs (Doc. No. 222). In support hereof,

Defendants respectfully show as follows:

1.      On July 18, 2016, the Court entered an Order allowing Hacienda to file a motion for

costs and fees in this case (Doc. No. 206).

2.      On July 25, 2016, Hacienda filed an Expedited Motion for Extension of Time and for

Leave to Extend the Number of Pages for Fees and Costs (Doc. No. 208). On July 27, 2016, the

Court granted Hacienda's Motion, and allowed it ten additional pages (for a total of 35 pages) and

ten additional days to file its Application for Costs and Fees (Doc. No. 209) (emphasis added).

S:\2444.01\Motion for Exten of Time & for Add'l Pages (resp to H's Amended App for Atty's Fees)\Emergency Motion for Extension of Time & Add'l pages - Resp to
H's app for atty's fees (doc. # 222).wpd
09-09-16                                                                                                                      1

3.      In its Motion for Extension of Time, Hacienda claimed that it needed ten additional pages and ten additional days to file its Application for Costs and Fees. The Motion stated:

> "This case is not a typical case of one plaintiff and one defendant...There were multiple complaints and counterclaims, multiple motions, multiple hearings, broad discovery demands, and multiple depositions, and, of course, significant work performed by counsel for almost three years."

(Doc. No. 208 at pp. 1-2, ¶ 3). These same arguments apply to Defendants' time and endeavors in litigating this case. The effort expended in this case, the excessive volume of Hacienda's Application, the complexity of the claims, and the vicious personal attacks waged against Defendants and their attorney require a thorough and detailed response from Defendants that cannot be accomplished in 25 pages.

4.      In the interest of fairness and equity, Defendants respectfully request ten (10) additional pages and ten (10) additional days to file their Response to Hacienda's Application to ensure that it is adequately responsive to each point raised by opposing counsel.

5.      Hacienda's attorney, Roland Garcia, Jr., advised Defendants' attorney, Lauren Scott, that he does not oppose Defendants' extension of ten additional day and ten additional pages in which to respond to Hacienda's Application.

6.      Defendants further request an expedited ruling due to the upcoming deadline of September 16, 2016. This motion is not filed for delay, but so that justice may be served.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request as follows:

1)      That the Court allow Defendants a 10-day extension to file their Response to Hacienda's Amended Application for Costs and Fees (Doc. No. 222);

2)      That the Court allow Defendants 10 additional pages of briefing in which to respond

S:\2444.01\Motion for Exten of Time & for Addl Pages (resp to H's Amended App for Atty's Fees)\Emergency Motion for Extension of Time & Addl pages - Resp to H's app for atty's fees (doc. # 222).wpd
09-09-16

2

to Hacienda's Amended Application for Costs and Fees (Doc. No. 222);

3)      That the Court consider this Motion on an expedited basis due to the upcoming
        deadline; and

4)      Such other and further relief to which Defendants may prove themselves entitled, or
        which the Court may deem appropriate.

                                          Respectfully submitted,

                                          By: /s/ David W. Showalter
                                                  David W. Showalter
                                                  TBA # 18306500
                                                  S.D. I.D. 5703
                                                  Lauren Welch Scott
                                                  TBA # 24076766
                                                  S.D. I.D. 1197187

                                                  1117 FM 359, Suite 200
                                                  Richmond, Texas 77406
                                                  (281) 341-5577
                                                  (281) 762-6872

                                                  ATTORNEYS FOR DEFENDANTS/
                                                  COUNTER  PLAINTIFFS/  CROSS
                                                  PLAINTIFFS

S:\2444.01\Motion for Exten of Time & for Addl Pages (resp to H's Amended App for Atty's Fees)\Emergency Motion for Extension of Time & Addl pages - Resp to H's app for atty's fees (doc. # 222).wpd
09-09-16

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 9, 2016, I communicated with Mr. Garcia, Jr. via e-mail, regarding Defendants' Motion for Extension of Time and Leave to Extend the Number of Pages to Respond to Hacienda's Application for Attorney's Fees and Costs. Mr. Garcia indicated that he is unopposed to Defendants' request for ten (10) additional days and ten (10) additional pages in which to respond to the Application.

/s/ Lauren Welch Scott
Lauren Welch Scott

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the Court's ECF system to all counsel of record on September  9 th , 2016.

/s/ Lauren Welch Scott
Lauren Welch Scott

S:\2444.01\Motion for Exten of Time & for Addl Pages (resp to H's Amended App for Atty's Fees)\Emergency Motion for Extension of Time & Addl pages - Resp to H's app for atty's fees (doc. # 222).wpd
09-09-16

4