IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HACIENDA RECORDS, L.P. | § § § | |
| Plaintiff, | § § | NO.:   2:14-cv-00019 |
| v. | § § | |
| RUBEN RAMOS, et al. | § § | |
| Defendants. | § | JURY DEMANDED |

**CLAIMANTS' REQUEST FOR ORAL ARGUMENT IN RESPONSE TO HACIENDA'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**

TO THE HONORABLE COURT:

COME NOW CLAIMANTS, in response to Hacienda's Application for Attorneys' Fees and Costs (Doc. No. 222) and Hacienda's Reply to Claimants' Objections and Response to Hacienda's Application for Attorneys' Fees and Costs (Doc. No. 237), and respectfully request oral argument before the Court with respect to the issues alleged in both of these briefings.

On December 23, 2016, Hacienda filed a 25-page reply, which included 19 separate exhibits, to Claimants' response to Hacienda's Application for Attorneys' Fees and Costs. Claimants and their counsel do not intend to seek leave to file a sur-reply unless so directed by the Court. However, Claimants do not want their lack of response to imply that the statements made by Hacienda are either meritorious or uncontroverted.

Rather than burdening the Court with additional filings, Claimants reurge their request for oral argument on this matter.

                                                Respectfully submitted,

                                                /s/ Joe Escobedo
                                                Joe Escobedo
Texas Bar No. 06665850
S.D. Admission No. 12203
Escobedo & Cardenas, LLP
3700 N. 10th Street, Ste. No. 210
McAllen, Texas 78501
Telephone: (956) 630-2222
Telecopier: (956) 630-2223
ATTORNEY FOR CLAIMANTS

**OF COUNSEL:**
Luis Cardenas
State Bar No. 24001837
Federal Bar No. 21657
ESCOBEDO & CARDENAS, LLP
3700 N. 10TH Street, Suite 210
McAllen, Texas 78501
Telephone:(956) 630-2222
Telecopier:(956) 630-2223

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing was served through the Court's ECF system to all counsel of record on January 5, 2017.

                                                  /s/ Joe Escobedo
                                                Joe Escobedo