United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **HACIENDA RECORDS, LP,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 2:14-cv-019** |
| | § | |
| **RUBEN  RAMOS,** *et al.*, | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Hacienda Records' Motion for Leave to File Supplement to its Application for Attorneys' Fees and Costs (D.E. 243). After due consideration, the Court **DENIES** the motion.

The Parties are further advised that the Court will defer ruling on Hacienda Records' motion for attorneys' fees (D.E. 222) until after the Fifth Circuit issues a decision on Claimants' appeal.

ORDERED this 6th day of February, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1